THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 

RECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Xavier Smith, Appellant.
 
 
 

Appeal From Richland County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No. 2007-UP-270
Submitted June 1, 2007  Filed June 5, 2007    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Warren Blair Giese, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Xavier Smith appeals his guilty plea to assault and battery of a high and aggravated nature.  He maintains his guilty plea failed to conform with the mandates set forth in Boykin v. Alabama, 395 U.S. 238 (1969), because the plea court failed to adequately inform him of the constitutional rights he waived by entering a guilty plea.
After a thorough review of the record and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Smiths appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
ANDERSON, HUFF, and BEATTY, JJ., concur.  

[1]  Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.